O

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **RAYMOND DEAN MYERS,** ) | **NO. ED CV 16-2258-JGB (KS)** |
| **Petitioner,** ) | |
| ) | |
| **v.** ) | **ORDER ACCEPTING FINDINGS AND** |
| ) | **RECOMMENDATIONS OF UNITED** |
| ) | **STATES MAGISTRATE JUDGE** |
| **MICHAEL MARTEL,** ) | |
| ) | |
| **Respondent.** ) | |
| _____ ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus ("Petition"), all of the records herein, the Report and Recommendation of United States Magistrate Judge ("Report"), and Petitioner's Objections to the Magistrate Judge's Report and Recommendation ("Objections"). Pursuant to 28 U.S.C. § 636(b)(1)(C) and Fed. R. Civ. P. 72(b), the Court has conducted a *de novo* review of those portions of the Report to which objections have been stated. Having completed its review, the Court accepts the findings and recommendations set forth in the Report.

The Court concludes that the arguments presented in the Objections do not affect or alter the analysis and conclusions set forth in the Report. However, in adopting the Report, the Court amends the case caption to correctly identify the Respondent as "Michael Martel," not "W.L. Montgomery."

1

Having completed its review, the Court accepts the findings and recommendations set

2

forth in the Report as amended and denies the Motion.  Therefore, IT IS ORDERED that:  (1)

3

the Petition is DENIED; (2) the Motion is DENIED; and (3) Judgment shall be entered

4

dismissing this action with prejudice.

5

6

DATED:   October 3, 2017

7

JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28