O

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND DEAN MYERS,<br><br>  Petitioner,<br><br>  v.<br><br>MICHAEL MARTEL,<br><br>  Respondent. | NO. ED CV 16-2258-JGB (KS)<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: October 3, 2017

JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE